UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACK BATISTE, JR. | CIVIL ACTION |
| VERSUS | NO: 11-2574-CJB-SS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

**REPORT AND RECOMMENDATION**

The plaintiff, Jack Batiste, Jr. ("Batiste"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of Michael J. Astrue, Commissioner of Social Security Administration ("Commissioner"), denying his claim for benefits. Rec. doc. 1. Batiste filed a motion for summary judgment and requested that a judgment be entered under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's final decision without a remand for a rehearing. In the alternative, he sought further administrative proceedings and entry of judgment reversing the Commissioner's final decision with a remand for hearing pursuant to sentence four of 42 U.S.C. § 405(g). Rec. doc. 12.

On May 23, 2012, the Commissioner filed a motion to remand to the Social Security Administration. He requested that the case be remanded for further administrative proceedings with an order designating the case reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). Rec. doc. 16.

In accord with the Commissioner's motion to remand and for the reasons presented therein,

IT IS RECOMMENDED that: (1) the Commissioner's motion to remand (Rec. doc. 16) be GRANTED; (2) this matter be reversed with remand under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative proceedings before an Administrative Law Judge; and (3) upon remand the ALJ further consider the treating physician's opinions.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 25th day of May, 2012.

**SALLY SHUSHAN**  
**United States Magistrate Judge**

2