UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACK BATISTE, JR.                                                                 CIVIL ACTION

VERSUS                                                                            NO.  11-2574

SOCIAL SECURITY ADMINISTRATION                                                    SECTION "J"(1)

**O R D E R**

      The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

      **IT IS ORDERED** that this matter be reversed and remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of the Social Security Administration for further administrative proceedings before an Administrative Law Judge, and that upon remand, the Administrative Law Judge further consider the treating physician's opinions.

      New Orleans, Louisiana, this 13th day of June, 2012.

                                                                           **UNITED STATES DISTRICT JUDGE**